## Mintz *v.* Livestock & Casualty Insurance Company, Appellant.

Argued November 13, 1969. *Frank C. Carroll,* with him *Alexander McIlvaine,* for appellant; *Sanford S. Finder,* for appellees.

Judgment affirmed.

## Paulish, Appellant, *v.* Bakaitis.

Argued November 10, 1969. *Sanford S. Finder,* for appellant; *James L. Jack, Jr.* and *Joseph N. Mack,* for appellees.

Order affirmed.

MONTGOMERY, J., dissents.

## Scott, Appellant, *v.* Scott.

Argued November 12, 1969. *Clyde P. Bailey,* with him *Bailey & Bailey,* for appellant; *Robert Raphael,* with him *Sheinberg, Raphael & Sheinberg,* for appellee.

Order affirmed.

MONTGOMERY, J., dissents.